# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ANNE B. PLATTE

VERSUS

MICHAEL E. PLATTE

NO. 2025 CW 0209

**MARCH 20, 2025**

---

In Re: Michael E. Platte, applying for supervisory writs, Family Court Judicial District Court, Parish of East Baton Rouge, No. 224,119.

---

**BEFORE: PENZATO, WOLFE, AND MILLER, JJ.**

**WRIT DENIED AS MOOT.** Pursuant to the February 28, 2025 order signed by Judge Supernumerary ad hoc James Kuhn, it appears the orders at issue herein have been rescinded.

**AHP**
**EW**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT